IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD PROKUPEK, and<br>CHRISTINE PROKUPEK, | ) <br> ) <br> ) | 4:13CV3225 |
| Plaintiffs, | ) <br> ) | **MEMORANDUM** |
| v. | ) <br> ) | **AND ORDER** |
| JON BRUNING, et al., | ) <br> ) | |
| Defendant. | ) | |

Plaintiffs, who are both non-prisoners, filed a joint Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiffs' Motion, the court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 27th day of January, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.